UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA Masters Weightlifting, Inc.,

       Plaintiff,

  -v-

USA Weightlifting, Inc.,

       Defendant.

25-cv-6095 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Following the Court's decision granting summary judgment in favor of defendants/counterclaim plaintiffs USA Weightlifting, Inc. ("USAW"), the parties briefed the issue of USAW's motion for permanent injunctive relief against plaintiff USA Masters Weightlifting, Inc. ("USAMW"). See ECF Nos. 49, 50, 53, 54. The Court has reviewed the briefing in its entirety and agrees that USAW is entitled to an immediate, permanent injunction against USAMW. However, the Court intends to limit the scope of the injunction from the proposed injunction entered by USAW in one respect. Specifically, paragraph 1(b) of the Proposed Order at ECF No. 54-1, which enjoins USAMW from "[u]sing the words 'USA Masters Weightlifting,' 'USA Masters,' or 'USA Weightlifting,'" as part of their name, website URL, or title on social media platforms, should be amended so that it contains no reference to "USA Masters" as a prohibited phrase. Any other portion of the Proposed Order that

1

references "USA Masters" as a prohibited term should similarly be amended.

Accordingly, the Court directs USAW to submit a new Proposed Order with the change(s) noted above by no later than noon on April 16, 2026.

SO ORDERED.

New York, NY
April 15, 2026

JED S. RAKOFF, U.S.D.J.