**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 USA Masters Weightlifting, Inc.,


                                    Plaintiff,

              -against-                                                                25 **CIVIL** 6095 (JSR)

                                                                                      **JUDGMENT**

USA Weightlifting, Inc.,


                                    Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Order dated June 9, 2026, the Court has awarded USAW:

$14,973 in actual, trebled damages under the Lanham Act; $50,000 in statutory damages under

the ACPA; $262,899.01 in reasonable attorneys' fees; $13,442.84 in costs of suit; $20,535 in pre-

judgment interest from September 9, 2025, through June 9, 2026; and Post-judgment interest, as

appropriate under 28 U.S.C. § 1961(a), from entry of judgment. Final judgment is entered in

favor of defendant/counterclaim plaintiff USAW in the amount of $361,835.43; accordingly, the

case is closed.

**Dated:** New York, New York

        June 9, 2026


                                                            **TAMMI M. HELLWIG**
                                                    _____
                                                            **Clerk of Court**

                                                            K. Mango

                                    **BY:**
                                                    _____
                                                            **Deputy Clerk**